# United States District Court
## Violation Notice

| CVB Location Code |
|---|
| M10 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBGA0035 | Legg | 2284 |

FBGA0035

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 02/28/2026 15:10 | FED 36CFR261.12I |

**Place of Offense**
Blue Mountain Road near Forest Service Road 365.

Offense Description: Factual Basis for Charge
Speeding:  50 MPH in a 35 MPH zone.

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Hamrick | Gary | W |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

☐ Adult  ☐ Juvenile  Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight

## VEHICLE

VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 138531P | MT | 2016 | DODG/LONESTAR ☐ | | WHI |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 100.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 130.00 | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
201 East Broadway St., Missoula, Montana 59802

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete        Original - CVB Copy        FS-5300-4 (7/05)

FBGA0035

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____02/28/2026_____ while exercising my duties as a law enforcement

officer in the _____ District of _____MT_____

Pursuant to 16USC 551:

VN: FBGA0035
HAMRICK, Gary W.
DOB: 09-13-1967

Gary W. HAMRICK was cited for:
- 36 C.F.R. § 261.12(I): Failure to obey posted sign or traffic control device – (Speeding: 50 mph in a posted 35 mph zone.)

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Saturday, February 28, 2026, at approximately 15:10 hours, while performing my duties as a uniformed Law Enforcement Officer in the Judicial District of Montana, within the boundaries of the Lolo National Forest, Missoula Ranger District, on Blue Mountain Road near Forest Service Road 365, I, U.S. Forest Service Law Enforcement Officer Legg, observed a white Dodge Pickup (MT: 138531P) traveling southwest towards me at a high rate of speed.

I confirmed the vehicle's speed at 50 mph in a posted 35 mph zone with the front radar antenna in my patrol vehicle. The radar emitted a clear, steady tone and there were no other vehicles within the radar's cone of operation.

I stopped the vehicle and contacted the male driver, later identified by Montana driver's

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

_____02/28/2026_____
Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:   _____

Date (mm/dd/yyyy)          U.S. Magistrate Judge

| HAZMAT = Hazardous material involved in incident; | PASS = 9 or more passenger vehicle; |
|---|---|
| CDL = Commercial drivers license; | CMV = Commercial vehicle involved in incident |